# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SEBASTIAN KOTHMANN,**

    Plaintiff,

v.                                                                                                 **Case No: 5:13-CV-28-Oc-22PRL**

**LUZ ROSARIO**

    **Defendant.**

## ORDER

The parties have filed a motion seeking to delay the filing of a case management report until after the Court rules on Defendant's Motion to Dismiss. (Doc. 16). Rule 26, Fed. R. Civ. P., provides that no discovery will be exchanged prior to the case management meeting. Effectively, then, the parties may be attempting to seek a stay of discovery, although they do not directly ask for one and stays of discovery are not otherwise automatic.

Accordingly, the parties Motion (Doc. 16) is **DENIED**. On or before **May 30, 2013**, the parties are directed to meet (in person, as is required) for the case management meeting and file their case management report. (If, after the filing of their case management report and the entry of a scheduling order, a motion for stay is specifically sought, the Court will consider it at that time.)

    **IT IS SO ORDERED**.

    **DONE and ORDERED** in Ocala, Florida on May 16, 2013.

                                                                       PHILIP R. LAMMENS
                                                                       United States Magistrate Judge

Copies furnished to: Counsel of Record